# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| ASHLEY WILLIAMS, | Case No. 23-CV-1528 (NEB/TNL) |
| Petitioner, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| MICHAEL SEGAL, Warden, | |
| Respondent. | |

The Court has received the June 28, 2023 Report and Recommendation of United States Magistrate Judge Tony N. Leung. (ECF No. 5.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 5) is ACCEPTED; and

2. The Petition for Writ of Habeas Corpus (ECF No. 1) is DENIED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 1, 2023

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge